# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0067
_____

T.D., Father of J.D., a Minor
Child,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Anthony Miller, Judge.

August 2, 2024

Per Curiam.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

Lewis, B.L. Thomas, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


T.D., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee.

Sara Elizabeth Goldfarb and Amanda Victoria Glass, for Guardian ad Litem, Tallahassee.